# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2016

## NO. 03-15-00768-CV

**Carolyn Barnes, Appellant**

**v.**

**Austin American Statesman; Austin Legal Blog; Zach Ryall; and KXAN-TV, Appellees**

### APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment and orders signed by the district court on November 4, 2015. Having reviewed the record, it appears to the Court that appellant has not prosecuted her appeal by failing to file a brief that complied with the Texas Rules of Appellate Procedure. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.